United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA DELA VEGA,

    Plaintiff,

v.

SEE'S CANDIES, INC.,

    Defendant.

Case No. 14-cv-04449-JST

**ORDER TO FILE STIPULATION OF DISMISSAL**

    The parties recently filed a Joint Case Management Statement indicating that they have settled this case. See ECF No. 22. Accordingly, all deadlines and hearings in this case are VACATED. By August 18, 2015, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to file one.

    The Court also hereby SETS a case management conference on September 23, 2015, which will be automatically vacated if the stipulation of dismissal is timely filed. If the conference goes forward, counsel are ordered to appear personally.

    Any continuance of the deadlines set in this Order requires a showing of good cause. Failure to comply with those deadlines may result in sanctions.

    **IT IS SO ORDERED**.

Dated: May 29, 2015

_____
JON S. TIGAR
United States District Judge